# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PALMS MRI DIAGNOSTIC IMAGING CENTERS, INC.** a/a/o
**LOURDES GORDON,**
Appellant/Cross-Appellee,

v.

**THE TRAVELERS INDEMNITY COMPANY OF AMERICA,**
Appellee/Cross-Appellant.

No. 4D21-219

[March 4, 2021]

Appeal and cross-appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. Deluca, Judge; L.T. Case Nos. CONO-11006806 and CACE18-005445.

Marlene S. Reiss of Marlene S. Reiss, P.A., Miami, for appellant/cross-appellee.

DeeAnn J. McLemore and Charles W. Hall of Banker Lopez Gassler, P.A., St. Petersburg, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***